IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL CASE NO. H-07-188 |
| | § | |
| KEITH STEVEN RAYBON | § | |

## **MEMORANDUM AND ORDER**

Defendant Keith Steven Raybon filed a Motion to Dismiss Counts Two Through Twelve of the Indictment Based on the Statute of Limitations ("Motion to Dismiss") [Doc. # 153], to which the United States filed a Response [Doc. # 158].[1] Raybon was charged in Count One of a fourteen-count Indictment with conspiracy to commit mortgage fraud. In Counts 2-12, Defendants are charged with wire fraud in which the alleged fraud occurred prior to May 10, 2002. Defendants are charged in Counts 13-14 with wire fraud in which the alleged fraud occurred after May 10, 2002.

Raybon argues in his Motion to Dismiss that Counts 2-12 of the Indictment are barred by the five-year statute of limitations for wire fraud set forth in the general limitations statute, 18 U.S.C. § 3282(a). The wire fraud allegations in Counts 2-12,

---

[1] The Motion to Dismiss is joined by Defendants Particia Lennon, Hollys Heasley, Jeannie Nelson, and Heather Adams. *See* Motion to Dismiss, ¶ 4.

however, include the allegation that the wire fraud affected a financial institution. Consequently, the statute of limitations for Counts 2-12 is ten years, not five years. *See* 18 U.S.C. § 3293(2).  The Indictment was returned within that limitations period and, as a result, it is hereby

**ORDERED** that the Motion to Dismiss [Doc. # 153] is **DENIED**.

SIGNED at Houston, Texas, this 4th day of **December, 2008.**

_____
Nancy F. Atlas
United States District Judge